140 P.3d 436

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Harrison v. Hilton Hawaiian Village, LLC | 26239 | 06/07/2006 | Reversed, vacated & remanded |
| Kekona v. Abastillas | 24051, 24128 | 06/08/2006 | Affirmed & remanded |